IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01669-RPM

DENNIS KINSEY,

        Plaintiff,

v.

PEAK NATIONAL BANK,

        Defendant.

---

ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 15), filed on January 31, 2006, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

Dated: February 1, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch, Senior District Judge